UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: ANTOINE A. KAYAL ) | Chapter 7 | |
| ) | Case No. 19-11924-BFK | |
| Debtor. ) | | |
| ------------------------------------------------------ ) | | |
| ) | | |
| DANDAN, INC., a Virginia corporation ) | | |
| GEORGE DANDAN ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Adversary Proceeding No. 19-01100-BFK | |
| ) | | |
| ANTOINE A. KAYAL ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

### FINAL ORDER GRANTING DEFAULT JUDGMENT

WHEREAS this matter came before the Court on November 12, 2019, upon Plaintiffs' Motion for Entry of Default Judgment, and upon Plaintiffs' motion, the opposition of Defendant, if any, and good cause otherwise having been shown, it is therefore

ORDERED that Plaintiffs' motion shall be, and the same hereby is GRANTED, and the April 13, 2018, Judgment of the Fairfax County Circuit Court, Case No. CL2018-3230, in favor of Plaintiffs Dandan, Inc. and George Dandan, and against the Defendant, Antoine A. Kayal, is non-dischargeable pursuant to 11 U.S.C. § 523(a)(4).

Date: Nov 12 2019

/s/ Brian F. Kenney
BRIAN F. KENNEY, UNITED STATES
BANKRUPTCY JUDGE

Entered on Docket: November 12, 2019

I ASK FOR THIS

1

/s/ Kevin S. Jaros
_____
Kevin S. Jaros (VSB# 65582)
PJI Law, PLC
3900 Jermantown Rd, Suite 220
Fairfax, Virginia 22030
Phone: (703) 865-6100
Fax: (703) 865-6125
kjaros@pjilaw.com
*Counsel for Plaintiffs*

SEEN AND                                    :


_____
Antoine A. Kayal, *pro se*
529 Highridge Road
Front Royal, VA 22630
*Defendant*