UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: ANTOINE A. KAYAL | ) | Chapter 7 |
| | ) | Case No. 19-11924-BFK |
| Debtor. | ) | |
| ------------------------------------------------------- | ) | |
| | ) | |
| DANDAN, INC., a Virginia corporation | ) | |
| GEORGE DANDAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 19-01100-BFK |
| | ) | |
| ANTOINE A. KAYAL | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2019, a true and correct copy of the Final Order Granting Default Judgment entered by the Court on November 15, 2019, was sent by first class United States mail, postage prepaid, to:

Antoine A. Kayal
529 Highridge Road
Front Royal, VA 22630

/s/ Kevin S. Jaros
_____
Kevin S. Jaros (VSB# 65582)
PJI Law, PLC
3900 Jermantown Rd, Suite 220
Fairfax, Virginia 22030
Phone: (703) 865-6100
Fax: (703) 865-6125
kjaros@pjilaw.com
*Counsel for Plaintiffs*

1